LOCAL FORM 12  DECEMBER 2009
# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 10-41004 |
| | ) | Chapter 7 |
| Joseph Leslie Lattimore and | ) | |
| Donyale Barnes Lattimore | ) | |
| | ) | |
| SSN xxx-xx-2129//xxx-xx-5703 | ) | |
| Debtor(s) | ) | |

## NOTICE OF CASE SPECIFIC NAME AND/OR ADDRESS CHANGE PURSUANT TO 11 U.S.C. §342(e) AND LOCAL RULES 2002-1 AND 3001-1

Pursuant to 11 U.S.C. § 342(e) and Local Rules 2002-1 and 3001-1, T. Bentley Leonard, Debtors' attorney, files this notice of address to be used to provide notice in the above-captioned case. **Online Collections** is aware that, pursuant to 11 U.S.C. §342(e)(2), any notice in this case required to be provided to the creditor by the debtor or the Court will not be provided to the address designated herein until after seven (7) days following receipt of this notice of address change by the Court and the Debtor(s).

**Current creditor name and address:**
Name:  Online Collections
Address 1:
Address 2:
Address 3:  202 Firetower Road
Address 4:
City, State, Zip:  Winterville, NC 28590

**Revised address**  [ ]  for payment purposes only
[X]  for notice purposes only
[ ]  for both payment and notice purposes

Name:  Online Collections
Address 1:
Address 2:
Address 3:  PO Box 1489
Address 4:
City, State, Zip:  Winterville, NC 28590

Authorization: Under penalty of perjury, I, the undersigned, affirm that I am authorized to request this address change.

Name and position:  T. Bentley Leonard, Attorney for Debtor(s)

Date: 12-16-2010    Signature:    /s/  T. Bentley Leonard